459 A.2d 22

Commonwealth v. Lester, Appellant.

 Argued January 19, 1983. George T.

598

Guarnieri, for appellant; Denis P. Cohen, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and HOFFMAN, JJ.

Order of disposition affirmed.